```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                      CASE NO. 08 B 08321
     TERRENCE D HARTLEY
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

           Debtor
     SSN XXX-XX-9265


  ------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 04/07/08 and confirmed on 07/03/08.

     2.  The case was converted to Chapter 7 after confirmation, 01/21/2009.

     3.  The Debtor paid a total of $   5850.12 .

     4.  The Trustee made disbursements to creditors as follows:

  ------------------------------------------------------------------------------
  CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                  PAID          PAID
  ------------------------------------------------------------------------------
  COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00            .00           .00
  COUNTRYWIDE FINANCIAL      MORTGAGE ARRE         .00            .00           .00
  CNAC OF JOLIET             SECURED VEHIC         .00            .00           .00
  CITIZENS AUTO FINANCE IN   UNSECURED         NOT FILED          .00           .00
  COLLECTION                 UNSECURED         NOT FILED          .00           .00
  COLLECTION                 UNSECURED         NOT FILED          .00           .00
  H&F LAW                    UNSECURED         NOT FILED          .00           .00
  H&F LAW                    UNSECURED         NOT FILED          .00           .00
  H&F LAW                    UNSECURED         NOT FILED          .00           .00
  H&F LAW                    UNSECURED         NOT FILED          .00           .00
  HEIGHTS FINANCE            UNSECURED          1132.90           .00         115.56
  MARINER PROPERTIES         UNSECURED          3575.12           .00         364.68
  NICOR GAS                  UNSECURED         NOT FILED          .00           .00
  PRAIRIE TRAIL CREDIT UNI   UNSECURED          9594.40           .00         978.69
  WEST ASSET MANAGEMENT      UNSECURED         NOT FILED          .00           .00
  RONALD D CUMMINGS          REIMBURSEMENT      274.00            .00         274.00
            Summary of disbursements:
  ------------------------------------------------------------------------------
                       SECURED      PRIORITY     UNSECURED       OTHER          TOTAL

  TOTAL CLMS ALLOWED       .00       274.00      14302.42         .00        14576.42
  PRINCIPAL PAID           .00       274.00       1458.93         .00         1732.93
  INTEREST PAID            .00          .00           .00         .00              .00
  TOTAL PAID               .00       274.00       1458.93         .00         1732.93
  The Debtor's attorney, RONALD D CUMMINGS              , was allowed $   3500.00
  and was paid $   3500.00 .

  The Trustee received $    305.65 .

  Refunds to the Debtor totaled $    311.54 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE